DKW
PALO

HID EEO 1 (Rev 06/08) Employment Discrimination Complaint

NAME: CARSON A.T. PEAPEALALO
MAILING ADDRESS: PO BOX 17482
CITY, STATE, ZIP CODE: HONOLULU, HAWAII 96817
TELEPHONE NUMBER: (808) 275-7493
FACSIMILE AND EMAIL (if applicable): CP5625@GMAIL.COM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 19 2018
at 2 o'clock and 45 min. P M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CARSON A.T. PEAPEALALO, )   CIVIL NO. CV18 00400 DKW RLP
)
Plaintiff, )   EMPLOYMENT DISCRIMINATION COMPLAINT
)
vs. )   SEE EXHIBIT "A" - "S"
)
SECRETARY OF THE NAVY )
)
Defendant(s), )

1. Plaintiff resides at:

   Address: 1127 BANYAN STREET D
   City, State & Zip Code: HONOLULU, HAWAII 96817
   Phone number: (808) 275-7493

2. Defendant is located at:

   Address: 667 SAFEGUARD WAY #100
   City, State & Zip Code: JBPHH, HAWAII 96860-5033
   P.O. BOX 77960
   WASHINGTON, D.C. 20013

EEO 1 - Page 1

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4. This acts complained of in this suit concern:

- A. ☐ Failure to employ me.
- B. ☐ Termination of my employment
- C. ☒ Failure to promote me.
- D. ☐ Other acts as specified below:

EXHIBIT "A" - Memorandum of Records
EXHIBIT "B" - US EEOC on ADEA
EXHIBIT "C" - My Resume & Positions that I am qualified
EXHIBIT "D" - SF 50 Extension WL Oct 29-2018
EXHIBIT "E" - My Civilian Career Brief & Courses
EXHIBIT "F" - My ATMS qualification
EXHIBIT "G" - My Veterans Preference SF-50
EXHIBIT "H" - My AS & MS degree
EXHIBIT "I" - My Joint Civilian Awards
EXHIBIT "J" - Promise to be Supervisor on 3rd shift EEO Breached
EXHIBIT "K" - Waitlist for Supervisor Interaction Course
EXHIBIT "L" - People will testify for me & statement
EXHIBIT "M" - Supervisor selected over me are younger
EXHIBIT "N" - Emails as qualified for higher position than WS-09
EXHIBIT "O" - Notification of qualified position than WS-09
EXHIBIT "P" - Email from Jon Andreas requesting for Supervisor when I am qualified, it's a slap in my face.
EXHIBIT "Q" - Hiring, Retaining People with VA Disability Summary
EXHIBIT "R" - EEO agreement Breached by shop 7)
EXHIBIT "S" - Email from dis-enrolled from Project Management Course to be replace by another Supervisor but never happen.

EEO 1 - Page2

5. Defendant's conduct is discriminatory with respect to the following:

- A. ☐ My race or color.
- B. ☐ My religion.
- C. ☐ My sex.
- D. ☐ My national origin.
- E. ☒ Other acts as specified below:

MY AGE IS 53 YEARS OLD

6. The basic facts surrounding my claim of discrimination are:

I HAD A MEETING WITH MY PROCESS MANAGER, DARRIN WATAOKA ON 30 AUGUST 2018 @ 0700, PHNSY & IMF BLDG 1670 @ SHOP 71 OFFICE. PER CONVERSATION, MR. WATAOKA SAID, THE REASON OF NON-SELECTING ME FOR PROMOTION THE DECISION WAS MADE FOR THE YOUNGER GUY. HE SAID "VINCE YOKOYAMA, SHOP 71, SUPERINTENDENT, CAME INTO OUR GENERAL FOREMAN MEETING AND ASK "WHO IT'S GOING TO BE, THE YOUNGER GUY (WHICH IS BURTON CHUN) OR "PEPE"". MR. WATAOKA, SAID: "WE WENT WITH THE YOUNGER GUY" THAT'S HOW THE DECISION IS MADE, THE YOUNGER GUY WAS CHOSEN."

7. The alleged discrimination occurred on or about __30 AUGUST 2018__.
   (Date)

9. I filed charges with the Federal Equal Employment Opportunity Commission (or the State of Hawaii Department of Labor and Industrial Relations, Enforcement Division) regarding defendant's alleged discriminatory conduct on or about __11 SEPT. 2018__.
   (Date)

10. WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

Dated: __17 OCTOBER 2018__

_____
Signature of Plaintiff

__CARSON A.T. PEAPEALALO__
Plaintiff's Name - printed, or typed.
*(Notarization is not required)*