IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARSON A. T. PEAPEALALO, <br><br> Plaintiff, <br><br> vs. <br><br> SECRETARY OF THE NAVY, <br><br> Defendant. | CV 18-00400 DKW-RLP <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 24, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff's Request for Appointment of Counsel" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: November 13, 2018 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

_Carson A. T. Peapealalo v. Secretary of the Navy_, Civil No. 18-00400 DKW-RLP; **FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**